**650-15**

# ELECTRONIC RECORD

COA # <u>12-14-00011-CR</u>    OFFENSE: <u>19.02</u>

STYLE: <u>Marquel Jermon Scott v. The State of Texas</u>    COUNTY: <u>Smith</u>

COA DISPOSITION:    <u>AFFIRMED</u>    TRIAL COURT: <u>7th District Court</u>

DATE: <u>4/30/2015</u>    Publish: <u>NO</u>    TC CASE #:    <u>007-0154-13</u>

# IN THE COURT OF CRIMINAL APPEALS

STYLE: <u>Marquel Jermon Scott v. The State of Texas</u>    CCA #: <u>**650-15**</u>

<u>PRO SE</u> Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

<u>REFUSED</u>    JUDGE: _____

DATE: <u>11/04/2015</u>    SIGNED: _____    PC: _____

JUDGE: _____    PUBLISH: _____    DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**